IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY STESHENKO,

      Plaintiff,                       No. 2:12-mc-0062 MCE GGH

    vs.

THOMAS McKAY, et al.,

      Defendants.                  ORDER

/

        Presently before this court is plaintiff's motion to quash subpoena directed to the State of California Employment Development Department ("EDD"), filed August 9, 2012.

        Plaintiff seeks an order quashing a subpoena issued by some of the defendants in the underlying action in the Northern District of California[1] on non-party EDD. The motion was served only on Dummit, Buschholtz and Trapp, counsel for defendants Scopazzi, Carrillo, Watsonville Community Hospital, and Newell. (Dkt. no. 1 at 4.) A review of the docket in the underlying action indicates that defendants McKay, Nunn, Lucero, and Cabrillo Community College District, and especially non-party EDD were not served with the instant motion. Plaintiff states that due to his indigence he cannot appear in Sacramento for a hearing on the motion;

\\\\\

---

[1] The underlying action is Steshenko v. McKay, No. C 09-5543 RS (N.D. Cal.).

1

1  however, he must notice his motion for hearing in accordance with E. D. Local Rule 230(b).  He
2  will be permitted to appear by phone.
3        Accordingly, IT IS ORDERED that: Plaintiff shall notice his motion to quash for
4  hearing in accordance with E. D. Local Rule 230(b), serve the motion on all defendants in the
5  underlying action who have not yet been served, and on non-party Employment Development
6  Department, and file a statement that he has served the motion, within fourteen (14) days of this
7  order.
8  DATED: August 22, 2012
9
10        /s/ Gregory G. Hollows
11        UNITED STATES MAGISTRATE JUDGE
12
13  GGH:076:Steshenko62.srv.wpd